IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Chauncy Pierre Johnson, #598320, | ) | C/A No.: 1:16-3323-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Diamond, Detention Center Officer; Captain Michael Higgins; and Lt. Lippette, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Chauncy Pierre Johnson ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action alleging a violation of his constitutional rights. On October 14, 2016, the court ordered Plaintiff to provide the service documents necessary to advance his case. [ECF No. 6]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on November 9, 2016, asking Plaintiff to provide the service documents necessary to advance his case. [ECF No. 10]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on December 5, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

December 13, 2016                                           s/ R. Bryan Harwell
Florence, South Carolina                                    R. Bryan Harwell
                                                            United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.